IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CR 008-4 |
| ) | |
| ANTHONY GILMER, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM ORDER

Anthony Gilmer ("Gilmer") has filed a self-prepared document that he captions "Motion for FREE Transcripts Pursuant to 28 usc-753(f)." Gilmer's request that the government be directed to provide such transcripts is denied as moot, because his appointed appellate counsel has already arranged for the delivery of those transcripts (and, indeed, this Court's court reporter is in the process of preparing them for use by Gilmer's counsel).

_____
Milton I. Shadur
Senior United States District Judge

Date: January 26, 2007